# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVETTE PETTEAY, | CASE NO. 1:07-cv-01496-OWW-SMS PC |
| Plaintiff, | FINDING AND RECOMMENDATION RECOMMENDING DISMISSAL OF AVENAL STATE PRISON |
| v. | |
| AVENAL STATE PRISON, et al., | (Doc. 1) |
| Defendants. | |

Plaintiff Lovette Petteay ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 15, 2007.

The undersigned screened Plaintiff's complaint, 28 U.S.C. § 1915A, and in a separate order, found service appropriate as to Dr. Henry, the other defendant named in this action. However, Plaintiff may not bring suit against Defendant Avenal State Prison because it is a state agency and is entitled to Eleventh Amendment immunity from suit. Aholelei v. Dept. of Public Safety, 488 F.3d 1144, 1147 (9th Cir. 2007). Accordingly, the Court HEREBY RECOMMENDS that the Avenal State Prison be dismissed from this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fifteen (15) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   May 22, 2008**              /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE