# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVETTE PETTEAY,<br><br>             Plaintiff,<br><br>       v.<br><br>AVENAL STATE PRISON, et al.,<br><br>             Defendants. | CASE NO. 1:07-cv-01496-OWW-SMS PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Lovette Petteay ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 15, 2007. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a claim against Defendant Henry for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment.[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

   1.   Service shall be initiated on the following defendant:

**DR. HENRY**[2]

   2.   The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summonses, a Notice of Submission of Documents form, an instruction sheet and a

---

[1] In a Finding and Recommendation issued concurrently with this order, the Court recommended dismissal of Avenal State Prison on the ground that it is immune from suit.

[2] If Plaintiff knows Defendant's first name, he should include it on the summons and USM-285 form.

copy of the complaint filed October 15, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Two (2) copies of the amended complaint filed October 15, 2007.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:**    **May 22, 2008**                    /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE