1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  LOVETTE PETTEAY,                                      CASE NO. 1:07-cv-01496-OWW-SMS PC

10                         Plaintiff,                    ORDER ADOPTING FINDINGS AND
                                                         RECOMMENDATIONS, AND DISMISSING
11         v.                                            DEFENDANT AVENAL STATE PRISON
                                                         FROM ACTION
12  AVENAL STATE PRISON, et al.,
                                                         (Doc. 8)
13                         Defendants.

14  _____/

15         Plaintiff Lovette Petteay ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

17  States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

18         On May 23, 2008, the Magistrate Judge filed a Findings and Recommendations herein which

19  was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and

20  Recommendations was to be filed within fifteen days.  Plaintiff did not file a timely Objection to the

21  Findings and Recommendations.

22         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

23  de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

24  and Recommendations to be supported by the record and by proper analysis.

25         Accordingly, IT IS HEREBY ORDERED that:

26         1.      The Findings and Recommendations, filed May 23, 2008, is adopted in full; and

27  ///

28  ///

1

1      2.      Defendant Avenal State Prison is dismissed from this action for failure to state a

2              claim upon which relief may be granted under section 1983.

3

4    IT IS SO ORDERED.

5    **Dated:    July 7, 2008**                                    **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28